### UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    **Nelson Colon**  :  CHAPTER 13

:  NO. 16-10044/jkf

### AMENDED
### CERTIFICATION OF SERVICE

    I, BRADLY E. ALLEN, attorney for Debtor, Nelson Colon do hereby certify that on July 22, 2016 I mailed by, regular first class mail, a true and correct copy of the Debtor's Motion to Avoid Judicial Lien of Midland Funding, LLC and Notice of Rescheduled Hearing Date to August 24, 2016 at 9:30 a.m. to the following:

Michael Doughterty, Esquire
Weltman, Weinberg & Reis
325 Chestnut St., Suite 501
Philadelphia, PA 19106

Midland Funding, LLC
Attention: Cynthia Litton, Manager
320 E. Big Beaver Road, Suite 300
Troy, MI 48084

Nelson Colon
1544 Womrath St.
Philadelphia, PA 19124

The following parties were notified electronically:

William C. Miller, Chapter 13 Trustee

U.S. Trustee

    /s/Bradly E. Allen
    BRADLY E. ALLEN ,

Attorney for Debtor
7711 Castor Ave.
Philadelphia, PA  19152
(215)725-4242