## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    Nelson Colon

: NO. 16-10044/jkf

## CERTIFICATION OF NO RESPONSE

I, Bradly E. Allen, attorney for the Debtor, Nelson Colon, do hereby verify that on July 22, 2016, I mailed, by regular first class mail, a true and correct copy of Debtor's Motion to Avoid Judgment Lien to the following parties, along with a Notice of Motion, Response Deadline and Hearing Date of August 24, 2016 and none of the parties has filed an Answer to the Motion.

Michael Dougherty, Esq.
Weltman, Weinberg
325 Chestnut St., Ste. 501
Philadelphia, PA 19106

Midland Funding, LLC
Attention: Cynthia Litton, Manager
320 E. Big Beaver Rd., Suite 300
Troy, MI 48084

Nelson Colon
1544 Womrath St.
Philadelphia, PA 19124

The following parties were electronically served:

William C. Miller, Chapter 13 Trustee

U.S. Trustee's Office

                                                              s/Bradly E. Allen
Date: August 18, 2016                         BRADLY E. ALLEN, ESQUIRE