

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :    CHAPTER 13
   NELSON COLON
                Debtor       :
                                        :    NO. 16-10044/JKF
                                        :

## ORDER

AND NOW, this 24th day of August, 2016, upon Motion of the debtor to avoid a judicial lien in real property held by MIDLAND FUNDING, LLC.

And the debtor having asserted that the lien is subject to avoidance pursuant to 11 U.S.C. Sec. 522(f)(1)(A).

And the debtor having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed.

Accordingly, it is hereby ordered that the motion is granted and the judicial lien in real property on 1544 Womrath Street, Philadelphia, PA 19124 held by Midland Funding, LLC, Philadelphia Municipal Court, Case No. SC-13-05-29-6043 is avoided and cancelled, *effective upon entry of the discharge*.

BY THE COURT:

HONORABLE JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE