United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nelson Colon  
     Debtor

Case No. 16-10044-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: ChrissyW | Page 1 of 1 | Date Rcvd: Aug 24, 2016 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 2 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2016.
```
db             +Nelson Colon,    1544 Womrath Street,    Philadelphia, PA 19124-4553
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13656116       E-mail/Text: bankruptcydpt@mcmcg.com Aug 25 2016 01:59:20      Midland Funding,
                 8875 Aero Drive, Ste. 200,    San Diego, CA 92123-2255
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              BRADLY E ALLEN    on behalf of Debtor Nelson   Colon bealaw@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 4
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    NELSON COLON
                  Debtor :
: NO. 16-10044/JKF
:

## ORDER

AND NOW, this 24th day of August, 2016, upon Motion of the debtor to avoid a judicial lien in real property held by MIDLAND FUNDING, LLC.

And the debtor having asserted that the lien is subject to avoidance pursuant to 11 U.S.C. Sec. 522(f)(1)(A).

And the debtor having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed.

Accordingly, it is hereby ordered that the motion is granted and the judicial lien in real property on 1544 Womrath Street, Philadelphia, PA 19124 held by Midland Funding, LLC, Philadelphia Municipal Court, Case No. SC-13-05-29-6043 is avoided and cancelled effective upon entry of the discharge.

BY THE COURT:

_____
HONORABLE JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE