## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **NELSON COLON** _____   Case No.   **16-10044/jkf**
                          Debtor(s)              Chapter   **13**

### ORDER

AND NOW, this _**27**_ day of _**October**_, 2016   it is hereby ORDERED that Bradly E. Allen is

approved compensation in the amount of $3,000.00  plus reimbursement of expenses in the amount of $310.00

for a total of $3,310.00 of which $2,175.00 of attorney's fees and $310.00 filing fees was paid by debtor

pre-petition.  The balance of attorney's fees of $825.00 owed will be paid to debtor's counsel by the Chapter 13

Trustee in accordance with debtor's Chapter 13 Plan.

Dated: _____        _____
                                        HONORABLE JEAN K. FITZSIMON
                                        United States Bankruptcy Judge

Software Copyright (c) 1996-2015 Best Case LLC - www.bestcase.com                    Best Case Bankruptcy