United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nelson Colon  
    Debtor

Case No. 16-10044-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Oct 28, 2016  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2016.  
db          +Nelson Colon,    1544 Womrath Street,    Philadelphia, PA 19124-4553

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2016                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2016 at the address(es) listed below:  
        ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE  
         PENNSYLVANIA HOUSING FINANCE AGENCY) agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        BRADLY E ALLEN    on behalf of Debtor Nelson   Colon bealaw@verizon.net  
        LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE  
         PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,    dmaurer@pkh.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                    TOTAL: 5

**United States Bankruptcy Court**
Eastern District of Pennsylvania

In re  **NELSON COLON**                                                    Case No.  **16-10044/jkf**
                              Debtor(s)                                    Chapter    **13**

## ORDER

AND NOW, this _27_ day of _October_, 2016 it is hereby ORDERED that Bradly E. Allen is approved compensation in the amount of $3,000.00 plus reimbursement of expenses in the amount of $310.00 for a total of $3,310.00 of which $2,175.00 of attorney's fees and $310.00 filing fees was paid by debtor pre-petition. The balance of attorney's fees of $825.00 owed will be paid to debtor's counsel by the Chapter 13 Trustee in accordance with debtor's Chapter 13 Plan.

Dated: _____

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge