## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
     Nelson Colon               :     CHAPTER 13
                               :
                               :     NO. 16-10044/elf

## CERTIFICATION OF SERVICE

I, Bradly E. Allen, Esquire  certify that on November 6, 2017 the

following parties were served electronically the Response to Motion for Relief of US

Bank National Association:

Andrew Gornall
on behalf of US Bank National Association

Thomas Puleo
on behalf of US Bank National Association

Matteo Samuel Weiner
on behalf of US Bank National Association

William C. Miller, Chapter 7 Trustee

U.S. Trustee's Office

The following party was notified by first class mail:

Nelson Colon
1544 Womrath Street
Philadelphia, PA 19124

**s/**Bradly E. Allen
**BRADLY E. ALLEN,**
**Attorney for Debtor**