B420A (Official Form 20A) (Notice of Motion or Objection) (12/16)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: **Nelson Colon**

Address: **1544 Womrath Street, Philadelphia, PA 19124**

Case No. **16-10044/elf**

Chapter **13**

## NOTICE OF MOTION TO AMEND CHAPTER 13 PLAN POST CONFIRMATION

Debtor, Nelson Colon, by and through his attorney, Bradly E. Allen has filed a MOTION TO AMEND CHAPTER 13 PLAN POST CONFIRMATION with the court.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to [relief sought in motion or objection], or if you want the court to consider your views on the Motion to Amend Chapter 13 Plan Post Confirmation, then on or before February 8, 2018 you or your attorney must:

File an asnwer explaining your position at:

U.S. BANKRUPTCY COURT
CLERKS OFFICE
900 Market St.
Philadelphia, PA 19107

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to debtor's attorney:

Bradly E. Allen, Esquire
7711 Castor Avenue
Philadelphia, PA 19152

Attend the hearing to be scheduled to be held before the **Honorable Eric L. Frank on March 6, 2018 at 1:00 pm. in Courtroom No. 1, United States Bankruptcy Court, 900 Market St., Philadelphia, PA 19107.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: **January 24, 2018**

Signature: **/s/ Bradly E. Allen, Esquire**
Attorney ID: **#35053**
Address: **Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**