# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Nelson Colon**                                                                                       Case No.  **16-10044**

                                               Debtor(s)                                                       Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **January 25, 2018**, copies of the **Motion to Amend Chapter 13 Plan Post Confirmation, Amended Chapter 13 Plan Post Confirmation and Notice of Motion with a hearing date of March 6, 2018 at 1:00 p.m.** were served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Nelson Colon**
**1544 Womrath Street**
**Philadelphia, PA 19124**

**Helm Associates, Inc.**
**2664 Bristol Pike**
**Bristol, PA 19007**

**Midland Funding, LLC**
**PO Box 2011**
**Warren, MI  48090**

**Sprint Corp**
**Bankruptcy  Dept.**
**PO Box 7949**
**Overland Park, KS  66207-0949**

**Wells Fargo Bank**
**PO Box 5058 MAC P6053-021**
**Portland, OR  97208**

**Philadelphia Gas Works**
**800 W. Montgomery Ave.**
**Philadelphia, PA 19122**

**Water Revenue Bureau**
**c/o City of Philadelphia**
**Law Dept. Tax Unit**
**1401 JFK Blvd., 5th Fl.**
**Philadelphia, PA 19102**

**U. S. Bank National Association**
**PHFA Loan Servicing Division**
**211 North Front Street**
**Harrisburg, PA 17101**

**Andrew Gornall**
**on behalf of US Bank National Association**

**William C. Miller, Chapter 13 Trustee**

**U.S. Trustee's Office**

_____

**/s/ Bradly E. Allen, Esquire**
**Bradly E. Allen, Esquire 35053**
**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**