**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          : CHAPTER 13

      Nelson Colon

                                   : NO. 16-10044/elf

**CERTIFICATION OF NO RESPONSE**

     I, Bradly E. Allen, attorney for the Debtor, Nelson Colon, do hereby verify that on January 25, 2018, I mailed, by regular first class mail, a true and correct copy of Motion to Amend Chapter 13 Plan Post Confirmation and Amended Chapter 13 Plan Post Confirmation to all parties listed on the Certification of Service, along with a Notice of Motion with a Hearing Date of March 6, 2018 and none of the parties have filed a response to the Motion.

                                           s/*Bradly E. Allen*

Date:  February 8, 2018                          BRADLY E. ALLEN, ESQUIRE