# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Nelson Colon**       Case No. **16-10044**
Debtor(s)      Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2018 copies of the **2nd Amended Chapter 13 Plan Post Confirmation and electronic Notice of Rescheduled Motion to Modify Plan Post-Confirmation with a hearing date of April 24, 2018 at 1:00 p.m.** were served electronically or by regular United States mail to the Trustee and all creditors listed below.

**Nelson Colon**
1544 Womrath Street
Philadelphia, PA 19124

**Helm Associates, Inc.**
2664 Bristol Pike
Bristol, PA 19007

**Midland Funding, LLC**
PO Box 2011
Warren, MI 48090

**Sprint Corp**
Bankruptcy Dept.
PO Box 7949
Overland Park, KS 66207-0949

**Wells Fargo Bank**
PO Box 5058 MAC P6053-021
Portland, OR 97208

**Philadelphia Gas Works**
800 W. Montgomery Ave.
Philadelphia, PA 19122

**Water Revenue Bureau**
c/o City of Philadelphia
Law Dept. Tax Unit
1401 JFK Blvd., 5th Fl.
Philadelphia, PA 19102

**U. S. Bank National Association**
PHFA Loan Servicing Division
211 North Front Street
Harrisburg, PA 17101

**Andrew Gornall**
on behalf of US Bank National Association

**William C. Miller, Chapter 13 Trustee**

**U.S. Trustee's Office**

/s/ **Bradly E. Allen, Esquire**
Bradly E. Allen, Esquire 35053
Bradly E. Allen
7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242 Fax:215-725-8288
bealaw@verizon.net