# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    NELSON COLON        : Chapter 13

                              : NO.16-10044/jkf

## CERTIFICATION OF NO RESPONSE TO
## SUPPLEMENTAL APPLICATION FOR COMPENSATION

    A copy of the Notice of Supplemental Application for Compensation for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan was sent by regular first class mail or electronic notice on April 23, 2018 to all creditors who filed Claims and to the following parties and none of the parties served have filed a Response to Debtor's Supplemental Application.

Served via electronically:

                William C. Miller, Chapter 13 Trustee

                US Trustee

                Andrew Gornall
                on behalf of US Bank National Assoc.

Served by first class mail:

                Nelson Colon
                1544 Womrath St.
                Philadelphia, PA 19124

                **s/BRADLY E. ALLEN, ESQUIRE**
                **BRADLY E. ALLEN,**
                **Attorney for Debtor**

Dated: May 15, 2018