## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Nelson Colon**                                    Case No.   **16-10044**
                                        Debtor(s)          Chapter    **13**

# ORDER

AND NOW, on this  16th  day of   May   , 2018 it is hereby **ORDERED** that Bradly E. Allen,

Attorney for Debtor's Supplemental Application for Compensation and Reimbursement of Expenses for

Services Performed After Confirmation of Chapter 13 Plan is hereby **GRANTED**; and Bradly E.

Allen's is **ALLOWED** supplemental compensation  of **$1,000.00** as an administrative expense.


**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**